1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        eric.cheng@usdoj.gov
9       ajay.krishnamurthy@usdoj.gov
        alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11

                      UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           ) CASE NO. 4:23-cr-00269 JSW
                                         )
16 |        Plaintiff,                   ) **JOINT STATUS REPORT AND STIPULATION
                                         ) TO CONTINUE HEARING**; ORDER AS
17 |    v.                               ) MODIFIED
                                         )
18 | MORTEZA AMIRI,                      ) Re: Dkt. No. 79
     ERIC ALLEN ROMBOUGH, and            )
19 | DEVON CHRISTOPHER WENGER,           )
                                         )
20 |        Defendants.                  )
                                         )
21

22      This matter is set for a status conference hearing on March 19, 2024, and the Court has ordered

23 the parties to submit a joint status report by March 12, 2024. The parties hereby respectfully submit this

24 joint status report and, for the reasons stated herein, request a continuance until April 30, 2024.

25      On August 16, 2023, a federal grand jury returned an indictment charging the Defendants with

26 conspiracy against rights, in violation of 18 U.S.C. § 241, and deprivation of rights under color of law,

27 in violation of 18 U.S.C. § 242. Defendant AMIRI is also charged with one count of destruction,

28 alteration, or falsification of records, in violation of 18 U.S.C. § 1519. The parties made their first

appearance before the Court on November 28, 2023.

The United States has produced four tranches of discovery in this matter, including one production last week. As set forth in the prior status memoranda, the discovery has been voluminous. The government's most recent production consisted primarily of investigative reports, documents obtained from the defendants' agencies, interview transcripts and recordings, and search warrant and surveillance photographs. The production also includes material that was generated in late 2023, following the defendants' indictment. The defendants have also been provided full forensic images of their own cellular phones.

As the Court is aware, this is one of three related cases set for status hearings on March 19, 2024, and the government is seeking a trial date in 23-CR-264 – *United States v. Berhan et al*. However, the parties are not yet seeking a trial date in this case. The parties instead stipulate and agree, with permission of the Court, to set a new status conference hearing in this case on April 30, 2024, at 1:00 PM or at another date and time convenient to the Court and the parties. The parties stipulate and agree that the time periods between March 19, 2024, and the proposed new status date should be excluded under the Speedy Trial Act calculations.

//
//
//
//
//
//
//
//
//
//
//
//
//

1  The parties also stipulate and agree that failure to grant the requested continuance would
2  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

4  DATED:  March 12, 2024                                  Respectfully submitted,

   ISMAIL J. RAMSEY
   United States Attorney

   ___/s/___
   ERIC CHENG
   AJAY KRISHNAMURTHY
   ALETHEA SARGENT
   Assistant United States Attorneys

   ___/s/___
   PAUL GOYETTE
   Counsel for Defendant MORTEZA AMIRI

   ___/s/___
   WILL EDELMAN
   Counsel for Defendant ERIC ALLEN ROMBOUGH

   ___/s/___
   CANDICE FIELDS
   DAVID FISCHER
   Counsel for Defendant DEVON CHRISTOPHER WENGER

|   |   |
|---|---|
| 1 | **~~[PROPOSED]~~ ORDER AS MODIFIED** |

Having considered the joint status report submitted in the above-entitled case and for good cause shown, the Court finds that failing to exclude the time from March 19, 2024 through April 30, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 19, 2024 to April 30, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the Court ORDERS that time be excluded under the Speedy Trial Act from March 19, 2024 through April 30, 2024. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**The status hearing set for March 19, 2024 at 1:00 p.m. is HEREBY CONTINUED to April 30, 2024 at 1:00 p.m. The parties shall submit an updated joint status report no later than April 23, 2024.**

IT IS SO ORDERED.

DATED: March 13, 2024

_____
HON. JEFFREY S. WHITE
Senior United States District Judge

JOINT STATUS REPORT
4:23-cr-00269 JSW                                    4