# Exhibit 9

CLEAR Report

(Subject to Protective Order [ECF No. 42])