SEKI, NISHIMURA & WATASE, PLC
BILL H. SEKI (SBN 137045)
bseki@snw-law.com
NICOLE R. CASTRONOVO (SBN 314585)
ncastronovo@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendant DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No.: 4:23-CR-00269-JSW-3<br><br>(Hon. Jeffrey S. White)<br><br>**DEFENDANT DEVON WENGER'S NOTICE OF MOTION AND MOTION TO RECONSIDER**<br><br>Date:   November 12, 2024<br>Time:  1:00pm<br>Room:  5 |

**PLEASE TAKE NOTICE** that on November 12, 2024 at 1:00pm or as soon as the matter may be heard before Honorable Jeffrey S. White, defendant Devon Christopher Wenger, by and through counsel of record will move for a motion to reconsider the Motion to Suppress and Motion for a *Frank's* Hearing.

Dated: October 25, 2024          SEKI, NISHIMURA & WATASE, PLC

                                 By: /s/  Nicole Castronovo
                                     NICOLE CASTRONOVO
                                     Attorney for Defendant
                                     Devon Christopher Wenger