ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

>   1301 Clay Street, Suite 340S
>   Oakland, California 94612
>   Telephone: (510) 637-3680
>   FAX: (510) 637-3724
>   eric.cheng@usdoj.gov
>   ajay.krishnamurthy@usdoj.gov
>   alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23-cr-00269 JSW-2 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO SET CHANGE OF PLEA HEARING AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| ERIC ALLEN ROMBOUGH, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and the undersigned counsel for Defendant Eric Allen Rombough that the above-captioned matter be set for change of plea on January 14, 2025 at 1:00 pm. The parties expect to reach a proposed resolution and have been informed that this date is available to set a change of plea hearing before the Court.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: January 9, 2025                                        Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

　　　　　　*/s/ Eric Cheng*
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

　　　　　　*/s/ Tony Brass*
ANTHONY BRASS
Counsel for Defendant ERIC ALLEN ROMBOUGH

**[PROPOSED] ORDER**

Good cause appearing, and with consent of the parties, the above-captioned matter is set for change of plea on **January 14, 2025 at 1:00 pm**.

**IT IS SO ORDERED.**

DATED: _____

HON. JEFFREY S. WHITE
Senior United States District Judge

STIPULATION [PROPOSED] ORDER
4:23-cr-00269 JSW-2                                                2