1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys

6
       1301 Clay Street, Suite 340S
7      Oakland, California 94612
       Telephone: (510) 637-3680
8      FAX: (510) 637-3724
       eric.cheng@usdoj.gov
9      ajay.krishnamurthy@usdoj.gov
       alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                                OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           ) CASE NO.  4:23-cr-00269 JSW-2
                                         )
16 |        Plaintiff,                   ) **ORDER APPROVING**
                                         ) STIPULATION TO SET CHANGE OF PLEA
17 |    v.                               ) HEARING AND [PROPOSED] ORDER
                                         )
18 | ERIC ALLEN ROMBOUGH,                ) Re: Dkt. No. 234
                                         )
19 |        Defendant.                   )
                                         )
20

21

22

23

24

25

26

27

28

STIPULATION [PROPOSED] ORDER                    1
4:23-cr-00269 JSW-2

It is hereby stipulated by and between counsel for the United States and the undersigned counsel for Defendant Eric Allen Rombough that the above-captioned matter be set for change of plea on January 14, 2025 at 1:00 pm. The parties expect to reach a proposed resolution and have been informed that this date is available to set a change of plea hearing before the Court.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: January 9, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Eric Cheng*
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

*/s/ Tony Brass*
ANTHONY BRASS
Counsel for Defendant ERIC ALLEN ROMBOUGH

**[PROPOSED] ORDER**

Good cause appearing, and with consent of the parties, the above-captioned matter is set for change of plea on **January 14, 2025 at 1:00 pm**.

**IT IS SO ORDERED.**

DATED: January 9, 2025

HON. JEFFREY S. WHITE
Senior United States District Judge