UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No.  23-cr-00269-JSW-1, -3<br><br>**ORDER RE: JURY QUESTIONNAIRE** |

The Court HEREBY ADVISES the parties that it will send the Court's standard jury questionnaire to proposed jurors in advance of jury selection. The Court attaches the standard jury questionnaire to this order.

The Court will also add case-specific questions. The answers to the additional questions will be formatted on the questionnaire as: No.  Yes, Please explain.

The parties shall, in a joint submission, file **no more than ten (10)** total proposed case-specific questions to be added to the jury questionnaire. The parties shall submit their proposed questions by Monday, February 3, 2025.

**IT IS SO ORDERED.**

Dated: January 15, 2025

_____
JEFFREY S. WHITE
United States District Judge