1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (510) 637-3680
        FAX: (510) 637-3724
9       Eric.Cheng@usdoj.gov
        Ajay.Krishnamurthy@usdoj.gov
10      Alethea.Sargent@usdoj.gov
        Alexandra.Shepard@usdoj.gov
11
   Attorneys for United States of America
12
                       UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14
                            OAKLAND DIVISION
15

16  UNITED STATES OF AMERICA,            )   **CASE NO. 4:23-cr-00269 JSW**
                                         )
17         Plaintiff,                    )   **ORDER REGARDING** ADMINISTRATIVE
                                         )   MOTION TO SEAL EX PARTE MOTION FOR
18      v.                               )   LIMITED DISCLOSURE OF GRAND JURY
                                         )   TRANSCRIPTS ~~AND~~
19  MORTEZA AMIRI, and                   )   ~~[PROPOSED] ORDER~~
    DEVON CHRISTOPHER WENGER,            )
20                                       )
           Defendants.                   )   ~~[UNDER SEAL]~~
21  _____ )
                                             Re: Dkt. No. 247
22

23

24

25

26

27

28

**ADMINISTRATIVE MOTION**

Pursuant to Local Criminal Rule 56-1(c), the United States respectfully requests that the Court file under seal this motion, the Declaration of Eric Cheng in support of this motion, the United States' Ex Parte Motion for Limited Disclosure of Grand Jury Transcripts, and any associated orders.  These documents name witnesses who testified before the grand jury in an investigation leading to the indictment of a number of law enforcement officers.  Thus, in order to protect the witnesses' privacy, as well as to give effect to the grand jury secrecy provisions set out in Federal Rule of Criminal Procedure 6(e), the United States respectfully seeks this sealing order.

**[PROPOSED] ORDER** - AS MODIFIED

FOR GOOD CAUSE SHOWN, it is hereby ordered that ~~the United States' Administrative Motion to Seal, this Order, the Declaration of Eric Cheng in support of this motion, and~~ the United States' Ex Parte Motion for Limited Disclosure of Grand Jury Transcripts~~,~~ shall be filed under seal until further Order of this Court.

DATED:  January 24, 2025

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ADMIN MOT. TO SEAL AND ~~[PROPOSED]~~ ORDER       2
4:23-cr-00269 JSW