SEKI, NISHIMURA & WATASE, PLC
NICOLE R. CASTRONOVO (SBN 314585)
ncastronovo@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendant DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEVON CHRISTOPHER WENGER, <br><br> Defendant. | Case No.: 4:23-CR-00269-JSW-3 <br><br> (Hon. Jeffrey S. White) <br><br> **STATEMENT OF NICOLE R. CASTRONOVO RE: ORDER REQUIRING CLARIFICATION** |

**TO THE HONORABLE COURT**:

I Nicole R. Castronovo, clarifies as follows:

Seated at the counsel table for Mr. Wenger will be Mark Lillienfield who is an investigator for this case and myself. Bill Seki will not be making an appearance in this matter.

Dated: February 3, 2025                    SEKI, NISHIMURA & WATASE, PLC


By: _/s/  Nicole Castronovo_
NICOLE CASTRONOVO
Attorney for Defendant
Devon Christopher Wenger