| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 31 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DEVON CHRISTOPHER WENGER,

    Defendant - Appellant.

No. 25-407

D.C. No. 4:23-cr-00269-JSW-3
Northern District of California, Oakland

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 4) by Nicole R. Castronovo to withdraw as counsel is granted. *See* 9th Cir. R. 4-1(c).

Appellant pro se may file a response to the government's motion to dismiss by February 10, 2025. The government's optional reply is due within 7 days after service of the response.

The clerk will serve this order on former counsel and appellant individually. Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).