1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
6  Assistant United States Attorneys

7      1301 Clay Street, Suite 340S
       Oakland, California 94612
8      Telephone: (510) 637-3680
       FAX: (510) 637-3724
9      Eric.Cheng@usdoj.gov
       Ajay.Krishnamurthy@usdoj.gov
10     Alethea.Sargent@usdoj.gov
       Alexandra.Shepard@usdoj.gov
11
   Attorneys for United States of America
12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                              OAKLAND DIVISION
15
   UNITED STATES OF AMERICA,            )  NO. 23-CR-00269 JSW
16                                      )
           Plaintiff,                   )  ORDER GRANTING LEAVE TO DISMISS
17                                      )  ~~NOTICE OF DISMISSAL OF~~ COUNT THREE
       v.                               )
18                                      )
   MORTEZA AMIRI and                    )  Re: Dkt. No. 310
19 DEVON CHRISTOPHER WENGER,            )
                                        )
20         Defendants.                  )
                                        )
21

22     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

23 States Attorney for the Northern District of California dismisses Count Three of the above indictment.

24 DATED: February 17, 2025                        Respectfully submitted,

25                                                 PATRICK D. ROBBINS
                                                   Acting United States Attorney
26

27                                                  /s/ for Martha Boersch
                                                   MARTHA BOERSCH
28                                                 Chief, Criminal Division

Leave is granted to the government to dismiss Count Three of the indictment.

Date: February 18, 2025

HON. JEFFREY S. WHITE
United States District Judge