UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No.  23-cr-00269-JSW-1<br><br>**ORDER REGARDING JURY PRE-EXCUSALS** |

The Court has considered the parties' recommended pre-excusals and hereby excuses the following jurors for hardship ahead of jury selection: 2, 7, 9, 11, 13, 21, 26, 27, 29, 37, 38, 40, 41, 42, 44, 51, 52, 55, 56, 61, 63, 66, 67, 71, 72, 73, 74, 77, 88, 90, 99, 100, 101, 103.

Additionally, the Court excuses the following jurors who have moved outside of the district: 3, 69.

The Court declines to pre-excuse jurors for cause.

**IT IS SO ORDERED.**

Dated: February 25, 2025

JEFFREY S. WHITE
United States District Judge