UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.**: 23-cr-00269-JSW-1, 2
**TITLE**: USA v. Morteza Amiri, Devon Christopher Wenger

| **DISTRICT JUDGE:** | **GOVERNMENT COUNSEL:** | **DEFENSE COUNSEL:** |
|---|---|---|
| JEFFREY S. WHITE | Ajay Krishnamurthy, Alexandra Shepard, Eric Cheng | Paul Goyette, Janelle Crandell for Amiri; |
| **JURY SELECTION DATE:** | **REPORTER(S):** | **CLERK:** |
| 2/26/2025 | Irene Rodriguez | Kelly Collins |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 8:00 am |  |  | Court is in session. Discussion with counsel regarding housekeeping matters. |
|  | 8:13 am |  |  | Court is in recess. |
|  | 9:32 am |  |  | Court is in session; prospective jurors are present; Voir dire begins. |
|  | 11:00 am |  |  | Court and jurors take a break. |
|  | 11:17 am |  |  | Court is in session; prospective jurors are present; Voir dire continues. |
|  | 12:20 pm |  |  | Court and jurors take a break. |
|  | 1:06 pm |  |  | Court is in session; prospective jurors are present; Voir dire continues. |
|  | 2:19 pm |  |  | Court and jurors take a break. |
|  | 2:42 pm |  |  | Court is in session; prospective jurors are not present. Discussion with counsel regarding jury selection. |
|  | 3:27 pm |  |  | Court takes a break. |
|  | 4:35 pm |  |  | Court is back in session; prospective jurors are present; Court thanks and excuses 49 jurors. |
|  | 4:45 pm |  |  | Preliminary instructions given to selected jurors. |
|  | 5:02 pm |  |  | Jurors are admonished and excused until 3/3/2025 at 8:00 a.m. |
|  | 5:03 pm |  |  | Court gives final instructions to counsel; exhibits/demonstrative aids are due by 2/27/2025 at 4:00 pm. |
|  | 5:07 pm |  |  | Court grants request for extension of time for 5:00 pm filing. |
|  | 5:07 pm |  |  | Court is adjourned until 3/3/2025 at 7:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |