UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER GRANTING DEFENDANT DEVON WENGER'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME; VACATING HEARING; INSTRUCTIONS TO COUNSEL**<br><br>Re: Dkt. No. 334 |

Now before the Court is Defendant Devon Wenger's administrative motion for an extension of time to file a proffer for the expert testimony of Robert McFarlane. The Court finds good cause due to Mr. McFarlane's health issues, and it HEREBY GRANTS the motion. Wenger may submit the proffer by March 7, 2025.

The Court VACATES the *Daubert* hearing previously set for March 4, 2025 at 1:00 p.m. It further VACATES the March 3, 2025 deadline for the Government response, to be reset as needed.

In order to streamline its review of Wenger's proffer, the Court asks Wenger to address the following in his filing:

1. The Court will require a copy of the video matrix. If the matrix is too large to file using the Court's Drop Box system, it may be manually filed via USB flashdrive.
2. What method did Mr. McFarlane use to synchronize the videos, and why is it reliable?
3. What method did Mr. McFarlane use to add captions to the video matrix, and why is it reliable?
4. Why is body-worn camera video recording the type of evidence where expert

testimony will assist the jury?

5. Without the benefit of having seen the video matrix, the Court is tentatively inclined to find that the video matrix is an illustrative aid under Rule 107 rather than admissible summary evidence under Rule 1006. *See* Fed. R. Evid. 107, 1006. Does Wenger contend that the video matrix is admissible as an exhibit rather than an illustrative aid? If yes, under what Rule of Evidence?

**IT IS SO ORDERED.**

Dated: February 28, 2025

_____
JEFFREY S. WHITE
United States District Judge