SEKI, NISHIMURA & WATASE, PLC
NICOLE R. CASTRONOVO (SBN 314585)
ncastronovo@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorney for Defendant DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No.: 4:23-CR-00269-JSW-3<br><br>(Hon. Jeffrey S. White)<br><br>**DECLARATION OF BILL H. SEKI** |

**TO THE HONORABLE COURT:**

I, BILL H. SEKI, declare as follows:

1. I am one of the founding partners of the law firm Seki Nishimura & Watase, PLC. I am licensed to practice in the state of California and sworn to practice in the Central District of California. The facts stated in this declaration are based on my personal knowledge. Accordingly, I submit this declaration based upon such knowledge, unless stated upon information and belief.

2. I submit this Declaration in response to the Court's Order to Mr. Bill Seki or Current Managing Partner of Seki Nishimura & Watase, LLP (sic) dated March 4, 2025.

3. Nicole Lopes is an associate employed by Seki Nishimura & Watase and has been so employed since August of 2023. She is the lead Counsel for Defendant, Devon Wegner.

4. At the beginning of the year, one of our partners resigned from the firm. The cases assigned to her had to be reassigned to other attorneys. Additionally, one of the founding partners, Gilbert Nishimura, has taken a substantially reduced role in the firm.

5. On Friday, February 28, 2025, in addition to Ms. Lopes beginning trial, the firm was preparing for two other trials which were to begin this week. On Monday March 3, one of the trials reached a tentative settlement.

6. Ms. Lopes and I are the only two attorneys in the firm with a criminal law practice. The remaining attorneys in the firm have no criminal law experience.

7. I am unable to physically participate in the trial. My spouse has been hospitalized since February 19, 2025. Due to her medical condition and needs, I am unable to attend the proceedings. However, I remain available to assist and support Ms. Lopes remotely.

8. The firm has made available and will continue to make available all the administrative support needed by Ms. Lopes, albeit remotely. Prior to the beginning of the trial, our administrative staff identified a process for providing Ms. Lopes with the necessary exhibits needed for witness examinations each day.

9. While we are unable to have someone physically present on March 5, 2025, we are trying to see if we can provide physical support for Ms. Lopes for the remainder of the trial, if needed. Our firm's resources remain available to support any of the needs of Ms. Lopes while she is engaged in trial.

Dated: March 4, 2025                SEKI, NISHIMURA & WATASE, PLC


By: *Bill H. Seki*
    BILL H. SEKI