UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING GOVERNMENT'S PROPOSED JURY INSTRUCTION** |
| MORTEZA AMIRI, | Re: Dkt. No. 349 |
| Defendant. | |

The Court has reviewed the parties' joint statement regarding proposed jury instruction. The Court will read the Government's proposed instruction to the jury on the morning of March 6, 2025.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
JEFFREY S. WHITE
United States District Judge