UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER REGARDING MISTRIAL; SEVERANCE; SELF-REPORTING TO STATE BAR OF CALIFORNIA**<br><br>Re: Dkt. No. 350 |

On the morning of March 5, 2025, counsel for Mr. Wenger made an oral motion for mistrial based upon her inability to provide effective representation to Mr. Wenger. Counsel for Mr. Amiri made an oral request to sever the trial so that Mr. Amiri may proceed. The Court granted both motions for the reasons stated under seal in Docket No. 350.

The Court ORDERS Ms. Nicole Lopes and Mr. Bill Seki to serve a copy of this order on the State Bar of California and to certify service within 30 days. *See* Civ. L.R. 11-4(a); Cal. R. Prof. Conduct, Rule 1.1, Competence; *id.*, Rule 5.1, Responsibilities of Managerial and Supervisory Lawyers; *cf.* Cal. Bus. & Prof. Code § 6086.7(a)(2) (requiring notification to State Bar of "modification or reversal of a judgment in a judicial proceeding. . . based in whole or in part on . . . incompetent representation").

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
JEFFREY S. WHITE
United States District Judge