UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING NUMBERING OF COUNTS FOR THE JURY** |
| MORTEZA AMIRI, | |
| Defendant. | |

The parties previously stipulated to renumber the pending counts as charged in the Indictment for the purpose of streamlining the instructions and verdict form for the jury. (Dkt. No. 263.) The Court now proposes further renumbering the pending counts to reflect the remaining charges the jury must decide, as follows:

| **Jury Verdict Form Count** | **Corresponding Indictment Count** |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 4 |
| 4 | 5 |
| 5 | 9 |

The Court will hear any objections to its proposal on the record this morning, March 7, 2025.

**IT IS SO ORDERED.**

Dated: March 7, 2025

_____
JEFFREY S. WHITE
United States District Judge