| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 14 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

 v.

DEVON WENGER,

      Defendant - Appellant.

No. 25-407

D.C. No. 4:23-cr-00269-JSW-3

Northern District of California, Oakland

MANDATE

    The judgment of this Court, entered February 18, 2025, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT