# United States District Court
# Northern District of California

### NOTE FROM THE JURY

CASE NUMBER: 23-cr-00269-JSW-1
CASE NAME: USA v. Morteza Amiri

☐ The Jury has reached a verdict.

or

☑ The Jury has the following question:

> On Count 4, if we find that the defendant threatened Mr. Zeigler verbally without touching him (beyond a reasonable doubt), does that threat constitute a violation of the law (if done willfully under color of law), if it was not done for a legitimate law enforcement purpose?
>
> Specifically, does a verbal threat given under color of law constitute a use of force at all? And, is it possible for a use of force as minor as a verbal threat to be deemed unreasonable?

Date: March 12, 2025

Time: 4:10 pm

Juror Name: [signature]

For Court Use - Note # 1

# United States District Court
# Northern District of California

### NOTE FROM THE JURY

CASE NUMBER: 23-cr-00269-JSW-1
CASE NAME: USA v. Morteza Amiri

☐ The Jury has reached a verdict.

or

☑ The Jury has the following question:

> Pertaining to count 1 - conspiracy;
>
> What constitutes an agreement?
>
> Language on pg 22 - 17. Conspiracy Against Rights (18 U.S.C. §241) second paragraph:
> "...there was an agreement between two or more persons to injure, oppress, threaten, or intimidate..."

Date: Mar 13, 2025

Time: 9:44 AM

Juror Name:

For Court Use - Note #: 2

# United States District Court
## Northern District of California

### NOTE FROM THE JURY

CASE NUMBER: 23-cr-00269-JSW-1
CASE NAME: USA v. Morteza Amiri

☑ The Jury has reached a verdict.

or

☐ The Jury has the following question:

Date: 3/14/25

Time: 11:17

Juror Name: Tom Mayes

For Court Use - Note #: #3