UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00264-JSW-2, 23-cr-00269-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING PROCEEDINGS FOR SENTENCING; SETTING SENTENCING HEARING** |
| MORTEZA AMIRI, | |
| Defendant. | |

Following Defendant Morteza Amiri's conviction in 23-cr-269, the Court set a sentencing hearing for June 3, 2025 at 1:00 p.m. and ordered the Probation Office to prepare a Presentence Report. Defendant requested that the Court consolidate sentencing for the convictions in 23-cr-269 and 23-cr-264.

The Court finds that consolidation would promote judicial efficiency. It therefore CONSOLIDATES the actions for purposes of sentencing. Defendant shall appear on June 3, 2025, at 1:00 p.m. for a consolidated sentencing hearing in 23-cr-264 and 23-cr-269. The Probation Office shall prepare a single joint Presentence Report which applies to both cases.

Counsel for Defendant in 23-cr-264 may file objections, if any, to the sentencing date by March 21, 2025.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
JEFFREY S. WHITE
United States District Judge