UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER SETTING STATUS HEARING FOLLOWING MISTRIAL** |

The Court HEREBY SETS a status hearing in this matter for March 25, 2025, at 1:00 p.m. By no later than March 20, 2025, the parties shall file a joint status report setting forth whether the Government intends to retry Defendant Devon Wenger following mistrial. If yes, the parties shall propose trial dates for summer of 2025.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
JEFFREY S. WHITE
United States District Judge