1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys
6
   Attorneys for United States of America
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA,           ) **CASE NO. 23-CR-00269-JSW**
                                        )
12 |     Plaintiff,                      ) UNITED STATES' REQUEST FOR LEAVE TO
                                        ) SHORTEN TIME TO FILE SPEEDY TRIAL
13 |     v.                              ) ACTION MOTION AND [PROPOSED] ORDER
                                        )
14 | DEVON CHRISTOPHER WENGER,           ) Re: Dkt. No. 402
                                        )
15 |                                     )
       Defendants.                      )
16 |                                     )
                                        )
17

18      The United States requests leave to shorten the time for filing the attached Motion To Exclude

19 Time Under The Speedy Trial Act And [Proposed] Order.  The parties are scheduled for a status

20 conference before the Court on March 25, 2025.  This Court ordered the government and Wenger to file

21 a joint status report prior to the status conference on whether the government intends to retry Wenger,

22 and to identify possible dates for a retrial in the summer of 2025.  Dkt. 393.  In conjunction with that

23 order, the parties spoke on March 18.  Counsel for defendant Devon Wenger, Nicole Lopes, advised the

24 government that her client intends to invoke his right to a speedy retrial.  In light of this development,

25 ///

26 ///

27 ///

28 ///

the United States requests leave to file the attached motion so that the parties can address the issue with the Court at the upcoming status conference.

DATED: March 19, 2025                              Respectfully submitted,

                                                 PATRICK D. ROBBINS
                                                 Acting United States Attorney

                                                 /s/
                                               ERIC CHENG
                                               AJAY KRISHNAMURTHY
                                               ALEXANDRA SHEPARD
                                               Assistant United States Attorneys

### [PROPOSED] ORDER

Good cause having been shown, the government's request for leave to shorten the time for filing the Motion to Exclude Time Under the Speedy Trial Act is **GRANTED**.

**IT IS SO ORDERED.**

DATED: March 20, 2025

                                               HON. JEFFREY S. WHITE
                                             United States District Judge