PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>    Defendant. | **CASE NO. 4:23-CR-269 JSW-3**<br><br>NOTICE |

In advance of the retrial in the above-captioned matter, *United States v. Wenger*, 23-CR-269 JSW-3, the United States provides notice that it intends to introduce records seized from Defendant Wenger's phone into evidence in its case-in-chief. The government notified counsel for Defendant of this on April 9, 2025.

In June 2024, the government previously stated that it would not offer records from Defendant Wenger's phone during its case-in-chief in this case against Defendants Amiri, Rombough, and Wenger, maintaining that it did intend to offer such records into evidence in related case *United States v. Wenger*,

23-CR-268 JSW and would oppose a motion to suppress on the merits.  *See* Dkt. No. 125.  The Court subsequently considered and denied each of Defendant Wenger's supplemental motions to suppress and motions for reconsideration on the suppression issue in both this case and related case 23-CR-268 JSW, which the government opposed as moot (in this case) and on the merits (in both cases).  *See* Dkt. Nos. 180, 236; *see also* 23-CR-268 JSW, Dkt. No. 144.

This case proceeded to jury trial as to co-defendant Morteza Amiri and Defendant Wenger in March 2025, and the government did not offer records from Defendant Wenger's phone during its case-in-chief.  After two days of jury trial, this Court granted defendant Wenger's motion for a mistrial and severed the trial.  Dkt. Nos. 350, 352.

This case was subsequently set for retrial in July 2025 as to Defendant Wenger.  Dkt. No. 421.  The government hereby provides notice that it intends to introduce records seized from Defendant Wenger's phone into evidence during its case-in-chief in this retrial.

DATED:  April 10, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys