Kasey A. Castillo [CABN 236690]
kasey@kc-lawgroup.com
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA | Case No.: 23-CR-00269-JSW-3 |
| *Plaintiff*, | **NOTICE OF ADDITIONAL COUNSEL** |
| v. | |
| DEVON CHRISTOPHER WENGER, | |
| *Defendant*. | |

On behalf of Defendant Devon Christopher Wenger, this Notice of Additional Counsel is to advise the Court that Attorney Kasey A. Castillo now appears in this matter on behalf of Defendant. Future ECF notice should be sent to Attorney Castill with the following contact information:  Kasey A. Castillo, Esq. c/o KC Law Group, 31566 Railroad Canyon Road, Suite 2-1123, Canyon Lake, CA 92587, kasey@kc-lawgroup.com.

DATED: April 11, 2025                                              Respectfully submitted,

                                                                                   /s/ Kasey A. Castillo
                                                                                   _____
                                                                                   KASEY A. CASTILLO
                                                                                   Attorney for Defendant,
                                                                                   DEVON CHRISTOPHER WEGNER