Kasey A. Castillo, Esq. [CABN 236690]
kasey@kc-lawgroup.com
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA | Case No.: 23-CR-00269-JSW-3 |
| *Plaintiff,* | **NOTICE REGARDING PROTECTIVE ORDER** |
| v. | |
| DEVON CHRISTOPHER WENGER, | |
| *Defendant.* | |

    The undersigned counsel files this Notice to acknowledge the stipulated Protective Order (Dkt. No. 42) entered in the above-captioned case and my agreement to be bound by it.

DATED: April 28, 2025

Respectfully submitted,

*/s/ Kasey A. Castillo*
KASEY A. CASTILLO, ESQ.
Attorney for Defendant,
DEVON CHRISTOPHER WEGNER

NOTICE REGARDING PROTECTIVE ORDER