Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>　　　　Defendant. | Case No.: 4:23-CR-00269-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON PRE-TRIAL MOTIONS**<br><br>Judge Presiding: Hon. Jeffrey S. White |

　　　　WHEREAS, the Indictment in this matter was filed August 16, 2023, charging Defendant Devon Christopher Wenger with one count under 18 U.S.C. § 241 Conspiracy Against Rights and one count under 18 U.S.C. 242 - Deprivation of Rights Under Color of Law (Dkt. 1),

　　　　WHEREAS, on April 14, 2025, Kasey A. Castillo was appointed as defense co-counsel to represent Mr. Wenger with newly appointed counsel, Michael Schwartz (Dkt. 436), who was appointed April 2, 2025,

WHEREAS, at the May 6, 2025 Status Conference, the Court ordered all Pretrial Motions due by May 30, 2025. (Dkt. 454),

WHEREAS, on May 29, 2025, the Court calendared Pretrial Motion Hearing for June 23, 2025, at 2:00 p.m. (Dkt. 465),

WHEREAS, on June 2, 2025, the Court *sua sponte* continued the June 23, 2025, hearing to June 30, 2025, which conflicts with Attorney Castillo's prepaid travel reservations as she will be out of the country June 28, 2025, through July 3, 2025,

WHEREAS, on June 10, 2025, and June 11, 2025, counsel for the defense met and conferred with the government via email for the purpose of continuing the motion date, and there was no objection to a short continuance,

WHEREAS, on June 16, 2025, counsel for the defense filed a Motion to Continue Trial which has yet to be heard,

NOW, THEREFORE, in order to permit Ms. Castillo to attend the hearing on Pretrial Motions in accordance with the Court's Criminal Standing Orders, counsel for the parties stipulate and respectfully request that the Court continue the Hearing on Pretrial Motions to July 7, 2025.

///

///

DATED: June 16, 2025

KC LAW GROUP

/s/
_____
Kasey A. Castillo, Esq.

THE MICHAEL D. SCHWARTZ FIRM

/s/
_____
Michael D. Schwartz, Esq.
*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

DATED: June 16, 2025

CRAIG H. MISSAKIAN
United States Attorney

/s/
_____
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Hearing on Pretrial Motions in this matter is continued from June 30, 2025, to July 7, 2025, at _____.

IT IS SO ORDERED.

DATED:_____      _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE