UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL**<br><br>Re: Dkt. No. 469 |

Defendant Devon Wenger has filed a motion to continue the pretrial conference and retrial in this action. In light of the pretrial and trial schedule, the Court finds an abbreviated briefing schedule on Defendant's motion is appropriate. The Court HEREBY ORDERS the Government to file a response by no later than Wednesday, June 18, 2025, at 12:00 p.m. Defendant may file a reply, if any, by Friday, June 20, 2025, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: June 16, 2025

_____
JEFFREY S. WHITE
United States District Judge