UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: JURY QUESTIONNAIRES** |
| DEVON CHRISTOPHER WENGER, | |
| Defendants. | |

The Court HEREBY ADVISES the parties that it will send the Court's standard jury questionnaire to proposed jurors in advance of jury selection. The Court attaches the standard jury questionnaire to this order.

The Court will also add case-specific questions. The answers to the additional questions will be formatted on the questionnaire as: No. Yes, Please explain.

The parties shall, in a joint submission, file **no more than ten (10)** total proposed case-specific questions to be added to the jury questionnaire. The parties shall submit their proposed questions by Monday, July 14, 2025.

**IT IS SO ORDERED.**

Dated: June 30, 2025

_____
JEFFREY S. WHITE
United States District Judge