CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00269 JSW-3 |
| Plaintiff, | |
| v. | MANUAL FILING NOTIFICATION |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

### MANUAL FILING NOTIFICATION

<u>Regarding:   EXHIBIT 4 to the Declaration of Alethea Sargent in Support of the United States' Administrative Motion to Add Two Exhibits to the Joint Exhibit List Filed at Docket No. 482-1</u>

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at <u>http://www.cand.uscourts.gov</u> under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

1     ___ Voluminous Document (PDF file size larger than e-filing system allowances)

2     ___ Unable to Scan Documents

3     ___ Physical Object (description)

4     _X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

5     _X_ Item Under Seal

6     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

7     ___ Other (description)

DATED: August 25, 2025

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

_____/s/_____
ALETHEA M. SARGENT
Assistant United States Attorney