Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant.*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Respondent. | Case No.: 4:23-CR-00269-JSW<br>Judge Presiding: Hon. Jeffrey S. White<br><br>**DEFENDANT'S REQUEST FOR CLARIFICATION REGARDING THE STILL IMAGES** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

  Comes the Defendant, Devon Christopher Wenger, by and through undersigned counsel and respectfully request that this court Clarify the Order entered on September 8, 2025, in reference to the Dkt. No. 566. Specifically, Defendant request that the Court clarify that portion of the order that states: "…the Court exercises its discretion to ORDER that neither party shall use any videos, or still photographs therefrom, in their opening statements."

///

///

The term "therefrom," indicates that some still photography will be allowed, and some will not. Defendant seeks clarification to ensure that all still photography and videos are prevented from being shown during opening statements, preventing any prejudice to either side.

Respectfully submitted,

_____
Kasey A. Castillo, Esq.
CA State Bar Number: 236690
**KC LAW GROUP**
31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com


_____/s/_____
Michael D. Schwartz, Esq.
CA State Bar Number: 166556
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com


*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER