1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
5  Assistant United States Attorneys

6        1301 Clay Street, Suite 340S
         Oakland, California 94612
7        Telephone: (510) 637-3680
         FAX: (510) 637-3724
8        Alethea.Sargent@usdoj.gov
         Alexandra.Shepard@usdoj.gov
9
   Attorneys for United States of America
10

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             OAKLAND DIVISION

14  UNITED STATES OF AMERICA,          ) Case No. 23-CR-00269 JSW-3
                                       )
15        Plaintiff,                   ) **UNITED STATES' OBJECTION TO**
                                       ) **DEFENDANT'S REQUEST FOR**
16     v.                              ) **CLARIFICATION**
                                       )
17  DEVON CHRISTOPHER WENGER,          )
                                       )
18        Defendant.                   )
                                       )
19  _____)

20       In response to the Court's Order Resolving Government Objection to Defense Opening

21  Statement Demonstratives (Dkt. 566), Defendant Wenger filed a "request for clarification" at 8:19 p.m.,

22  the night before opening statements are to be given. The plain language of the Court's order states that

23  still photos taken from videos may not be used in opening statements. The government has substantially

24  changed its slides to comply with the clear meaning of the Court's order.

25       Having not previously objected to anything in the government's slides, the defendant now seeks

26  to use the Court's order to remove <u>all</u> photos from the opening slides. As the court is aware, the co-

27  conspirators took photographs and exchanged them via text message, yet there appears to be no

28
    OBJECTION TO REQUEST FOR CLARIFICATION
    23-CR-00269 JSW-3                         1

relationship between the basis of the Court's order and these, and other, non-video-based photographs. The government's understanding based on a review of the defendant's slides sent late last week is that their proposed "clarification" would primarily affect the government's presentation.

    The Court's order does not require clarification. The United States respectfully requests that the Court continue to allow the parties to use photographs in the opening slides.

DATED: September 8, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

    /s/
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys