Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant.*
DEVON CHRISTOPHER WENGER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>             v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>                    Respondent. | Case No.: 4:23-CR-00269-JSW<br>Judge Presiding: Hon. Jeffrey S. White<br><br>**DEFENDANT'S REQUEST FOR RECONSIDERATION OF THE COURT ORDER UNDER DOCKET NUMBER 566** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    Comes the Defendant, Devon Christopher Wenger, by and through undersigned counsel and respectfully request Reconsider the Order entered on September 8, 2025, under Docket Number 566. The Government raises a valid point in their response to Defendant's Request for Clarification. However, the still photographs were never at issue, and the Government never objected to Defendant's still photos. To allow the Government to proceed with still photography and not allow Defense, would effectively prejudice the Defense from defending against the Government's still photos.

///

As grounds for this motion, Defendant submits that allocation of one party being able to submit still photography during opening statements, and not allowing the opposing party to do so rises to the level of prejudice against the Defense to be able to defend against the Governments accusations.

Respectfully submitted,

_____
Kasey A. Castillo, Esq.
CA State Bar Number: 236690
**KC LAW GROUP**
31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com


_____/s/_____
Michael D. Schwartz, Esq.
CA State Bar Number: 166556
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com


*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER