# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.**: 23-cr-00269-JSW-3
**TITLE**:  United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea Sargent/ Alexandra Shepard | Michael Schwartz |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 9/8/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 8:09 AM | | | Court and Counsel present outside the presence of the jurors to discuss housekeeping matters. |
| | 8:39 AM | | | Court is in recess. |
| | 9:48 AM | | | Court reconvenes with all prospective jurors present. The court welcomes, admonishes, and provides instructions to the prospective jurors. |
| | 10:52 AM | | | Court begins to Voir Dire the prospective jurors. |
| | 11:25 AM | | | Court, Counsel, and all jurors takes a break. |
| | 11:49 AM | | | Court is in session; prospective jurors are present; Voir Dire continues. |
| | 12:50 PM | | | Court concludes Voir Dire. The prospective jurors are excused to allow Court and Counsel to exercise excusals for hardship, cause, and challenges. |
| | 1:55 PM | | | Judge leaves the bench; parties exercise challenges. |
| | 2:25 PM | | | Court is back in session; prospective jurors are present; Court thanks and excuses 52 jurors. |
| | 2:35 PM | | | The empaneled jurors are seated in the jury box and sworn. |
| | 2:40 PM | | | Preliminary Instructions given to the selected jurors. |
| | 2:56 PM | | | Jurors are admonished and excused until 8/9/2025 at 8:00AM. |
| | 2:57 PM | | | Court and Counsel discuss housekeeping matters outside the jury. |
| | 3:00 PM | | | Court is adjourned until 8/9/2025 at 7:30 AM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CASE NO.**:  23-cr-00269-JSW-3
**TITLE**:  United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |