UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER REQUIRING POCKET BRIEFS RE: DEFENSE SUBPOENA OF GOVERNMENT EXPERT IJAMES** |

Pending before the Court is the Government's objection to Defendant's stated intent to call Mr. Steve Ijames as a defense expert in his case-in-chief. The Court HEREBY ORDERS the parties to file pocket briefs on the issue by 5:00 p.m. today, September 9, 2025. The briefs shall be no more than 5 pages. The deadline is simultaneous as to both parties, and the Court will not entertain response or reply briefs without further order.

**IT IS SO ORDERED.**

Dated: September 9, 2025

JEFFREY S. WHITE
United States District Judge