UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**DATE**: September 9, 2025  **TIME IN COURT**: 4 Hours, 1 Minute

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall    **COURT REPORTER**: Lee-Anne Shortridge

**CASE NO.**: 23-cr-00269-JSW-3

**TITLE**: United States of America v. Devon Christopher Wenger

**PLAINTIFF COUNSEL**:    **DEFENSE COUNSEL**:
Alethea Sargent    Michael Schwartz
Alexandra Shepard    Kacey Castillo

**PROCEEDINGS**: Jury Trial – HELD. Further Jury Trial set for 9/10/2025 at 7:30 a.m. for counsel and 8:00 a.m. for jury.

Motion for Reconsideration is GRANTED, as stated on the record.

(SEE ATTACHED TRIAL LOG)