UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea M. Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 9/9/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 7:34 AM |  |  | Court and Counsel is present outside the presence of the empanled jurors to discuss housekeeping matters. |
|  | 7:36 AM |  |  | Court discusses the Motion for Reconsideration at docket no. 570. |
|  | 7:45 AM |  |  | Motion for Reconsideration is GRANTED, as stated on the record. |
|  | 8:30 AM |  |  | Jurors enter the courtroom. Court is in session. |
|  | 8:33 AM |  |  | Government presents opening statement. |
|  | 8:58 AM |  |  | AUSA Alexandra Shepard concludes opening statements |
|  | 8:59 AM |  |  | Defense counsel, Michael Schwartz begins opening statements. |
|  | 9:31 AM |  |  | Defense counsel concludes presenting opening statements. |
|  | 9:31 AM |  |  | Jurors are admonished and excused. |
|  | 9:31 AM |  |  | Counsel discusses matters outside the presence of the jurors. Court is in recess. |
|  | 9:55 AM |  |  | Court is back in session. |
|  | 9:56 AM |  |  | Court gives instructions to the jurors. |
|  | 9:57 AM |  |  | AUSA Alethea Sargent calls their first witness, Claudjanae Young, who is sworn and under direct examination. |
| 669 | 10:23 AM |  | X | IMG_4988 (longest).MOV |
| 653 | 10:43 AM |  | X | June 4, 2020 Felony Complaint 0131005895 (Count 4 Resisting) C.Y. |
|  | 10:47 AM |  |  | Court takes a break. |
|  | 11:07 AM |  |  | Court is back in session. AUSA Aletha Sargent resumes direct examination of the witness, Claudjanae Young, who remains under Oath. |

**CASE NO.:** 23-cr-00269-JSW-3
**TITLE:** United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 668 | 11:10 AM | | X | C.Y. X-Ray |
| | 11:14 AM | | | AUSA Alethea Sargent concludes direct examination. |
| | 11:14 AM | | | Defense counsel, Kacey Castillo begins cross examination of the witness. |
| | 11:46 AM | | | Defense counsel, Kacey Castillo concludes cross examination of the witness. |
| | 11:46 AM | | | AUSA Alethea Sargent begins re-direct examination. |
| | 11:47 AM | | | The witness is thanked and excused. |
| | 11:47 AM | | | AUSA Alethea Sargent calls their next witness, Anthony Morefield, who is sworn and is under direct examination. |
| | 12:10 PM | | | Witness is thanked and excused and subject to be recalled. |
| | 12:11 PM | | | Court admonishes and excuses the jurors for the day. |
| | 12:13 PM | | | Court discusses housekeeping matters outside the presence of the jurors. |
| | 12:17 PM | | | Court is adjourned for the day and will resume 9/10/2025 at 7:30AM for the parties and 8:00AM for the jurors. |