UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**NOTICE OF JUROR NOTE** |

At approximately 12:15 p.m., court staff received a note from Juror No. 14, erroneously marked as 8:00 a.m. This Court received the note at 4:45 p.m. The Court has instructed the Courtroom Deputy to email a scanned copy of the note to counsel for the parties. The Court will discuss the note with the parties on Monday, September 15, 2025 at 7:30 a.m.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
JEFFREY S. WHITE
United States District Judge