UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea M. Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 9/11/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 7:50 AM |  |  | Court and Counsel is present outside the presence of the Jurors to discuss housekeeping matters. |
|  | 8:16 AM |  |  | Jurors entered the courtroom. Court admonishes the jurors. |
|  | 8:20 AM |  |  | AUSA Sargent resumes direct examination of the witness, Eric Rombough, who remains under oath. |
| 32 | 8:22 AM | X |  | Inert 40mm Round |
| 17 | 8:22 AM | X | X | Antioch Police Department Less Lethal 40 MM Launcher Written Test (Rombough) |
| 451, pg. 1-5, 14-18 | 8:25 AM | X | X | Antioch Police Department Combined Case Report, Case No. 21003574 (L.R.) |
| 5 | 8:32 AM |  |  | AUSA Sargent presents Exh. 5; Previously Marked and Admitted. |
| 106, pg. 22, 30-31 |  | X | X | Excerpts from EAR-5000001- Rombough Text Messages (Table B) |
| 102, pg. 1968-1969 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 1411-1413 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 2029-2037 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 1473-1476 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 2357-2364 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 254 |  | X | X | Excerpts from MJA -500001 M.C. Photographs |
| 102, pg. 2449-2450 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 2470-2471 |  | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |

**CASE NO.**: 23-cr-00269-JSW-3
**TITLE**: United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 102, pg. 2485 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 2489-2490 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 1897-1900 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 2299 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 3247-3249 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 3726-3728 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 3769-3774 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 4036-4044 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 4016-4020 | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 102, pg. 546 553-554; | | X | X | Excerpts from MJA-500001-Rombough/Amiri Text Messages |
| 106, pg. 139-140 | | X | X | Excerpts from EAR-500001- Rombough Text Messages (Table B) |
| 107 | | X | X | Excerpts from EAR-500001 – Rombough/Amiri/Wenger Text Messages |
| 462 | | X | X | Excerpts from EAR-500001-Rombough/Evans Text 5/5/21 |
| | 10:49 AM | | | Defense Counsel, Michael Schwartz begin cross examination. |
| | 11:14 AM | | | Court takes a break. |
| | 11:32 AM | | | Court is back in session. |
| 32 | 11:38 AM | X | | Inert 40mm Round |
| 78 | 11:45 AM | X | | Transcription of Interview of Eric Rombough (3/23/22) |
| | 12:12 PM | | | Court breaks for lunch recess. |
| | 1:03 PM | | | Court is back in session. |
| | 1:27 PM | | | AUSA Sargent begins re-direct examination. |
| 1004 | 1:32 PM | X | X | Rombough Plea Agreement |
| | 1:35 PM | | | Defense Counsel Schwartz begins re-cross examination. |

CASE NO.: 23-cr-00269-JSW-3
TITLE:  United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 1:37 PM | | | Witness is thanked and excused. |
| | 1:40 PM | | | AUSA Sargent calls the witness, Larry Reed, who is sworn. |
| | 1:52 PM | | | Defense Counsel Schwartz begins cross examination. |
| | 1:53 PM | | | Witness is thanked and excused. |
| | 1:54 PM | | | AUSA Sargent calls the witness Joseph Vigil, who is sworn. |
| 2, pg. 16 | | X | X | Antioch Police Department Policy Manual dated February 5, 2020 |
| 3, pg. 16 | | X | X | Antioch Police Department Policy Manual dated January 8, 2021 |
| 14 | | X | X | Antioch Police Department Less Lethal 40 MM Laucher Written Test (Wegner-January 2020) |
| 15 | | X | X | Antioch Police Department Less Lethal 40 MM Launcher Written Test (Wegner-January 2021) |
| 301, pg. 32-35 | | X | X | Antioch Police Department Combined Case Report, Case No. 20007040 (J.A.) |
| 308, pg. 1-3 | | X | X | Antioch Police Department K9 Utilization Report and Use of Force Report, Case No. 20-7040 (J.A.) |
| | 2:24 PM | | | Court takes a break. |
| | 2:25 PM | | | Court and Counsel is present outside the presence of the jurors to discuss trial schedule. |
| | 2:48 PM | | | Court is back in session. |
| 251 | | X | X | Antioch Police Department Combined Case Report, Case No. 20007063. |
| 201, pg. 1-4 | | X | X | Antich Police Department Combined Case Report, Case No. 20007084 (D.R.) |
| 223 | | X | X | Photographs (from official report) |
| 202, pg. 1-11 | | X | X | Antioch Police Department K9 Utilization Report, Case No. 20007084 (D.R.) |
| 401 | | X | X | Antioch Police Department Event Report (10/08/2020) |
| 402 | 3:03 PM | X | X | Unit History Report- Morteza Amiri (10/08/2020) (M.Z.) |
| 403 | 3:04 PM | X | X | Unit History Report – Matthew Contreras (10/08/2020) (M.Z.) |
| 404 | 3:05 PM | X | X | Unit History Report – Ashley Allen (10/08/2020) (M.Z.) |

**CASE NO.:** 23-cr-00269-JSW-3
**TITLE:** United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 501, pg. 11-17 | 3:08 PM | X | X | Antioch Police Department Combined Case Report, Case No. 21009075 (D.S.) |
| 502 | 3:11 PM | X | X | Antioch Police Department Event Report, Event 21-076392 (D.S.) |
| 505, pg. 1-4 | 3:13 PM | X | X | Antioch Police Department Use of Force Report, Wegner, Case No. 21009075 (D.S.) |
| 351, pg. 1-4, 11-12 | 3:16 PM | X | X | Antioch Police Department Combined Case Report, Case No. 20007004 (R.A.) |
| | 3:16 PM | | | Defense Counsel Schwartz begins cross examination. |
| | 3:19 PM | | | Witness is thanked and excused. |
| | 3:22 PM | | | AUSA Shepard calls the witness, Dana Flores, who is sworn. |
| 655, pg. 13 | 3:25 PM | X | X | C.Y. Medical Records, Sutter |
| 517 | 3:25 PM | X | X | D.S. Medical Records, Sutter Health, 10/26/21 |
| 460 | 3:28 PM | X | X | L.R. medical records, Sutter Health |
| | 3:29 PM | | | Defense Counsel Castillo begins cross examination. |
| | 3:33 PM | | | Witness is thanked and excused. |
| | 3:35 PM | | | AUSA Shepard calls the witness William Hatcher, who is sworn. |
| 302 | | X | X | Pittsburg BWC Video (J.A.) |
| | 3:50 PM | | | Defense Counsel Schwartz begins cross examination. |
| | 3:53 PM | | | Witness is thanked and excused. |
| | 3:53 PM | | | AUSA Sargent calls the with Darryl Holcombe, who is sworn. |
| | 4:07 PM | | | Darryl Holcombe is designated as an expert witness is the field of Digital Forensics. |
| | 4:15 PM | | | Jurors are admonished and excused for the day. |
| | 4:16 PM | | | Court and Counsel is present outside the presence of the jurors, to discuss the motion's briefing schedule. |
| | 4:28 PM | | | Court is adjourned for the day. Court will resume session on Monday, September 15, 2025, 7:30 for counsel and 8:00 for the jurors. |
| | | | | |