Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant.*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>　　　　　　　　　Respondent. | Case No.: 4:23-CR-00269-JSW<br>Judge Presiding: Hon. Jeffrey S. White<br><br>**PARTIES STIPULATION: TESTIMONY OF MUSTAFFA ISSA** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:
　I.　THE PARTIES HEREBY STIPULATE THAT IF CALLED TO TESTIFY, MR. MUSTAFFA ISSA WOULD TESTIFY UNDER OATH TO THE FOLLOWING:

　1. He is the owner of YC Auto Group.

　2. On October 26, 2021, a man resembling Dajon Smith came to his dealership and asked to take a test drive in the 2014, red Maserati on the lot.

　3. Mr. Issa sent one of his employees to accompany the gentleman.

4. After Dajon Smith and Mr. Issa's employee returned from the test drive, Mr. Smith said he'd like to test drive another car.

5. The employee exited the car to get a set of keys to the other car, leaving Mr. Smith alone inside the Maserati.

6. Mr. Smith then drove away in the Maserati, out of the lot.

7. Dajon Smith did not have permission to drive away with the car.

8. Dajon Smith never paid for nor filled out any paperwork for the car.

9. Mr. Issa soon after reported the car stolen.

So stipulated.

/S/
_____
Alethea Sargent
Assistant United States Attorney

/S/
_____
Alexandra Shepard
Assistant United States Attorney

/S/
_____
Kasey A. Castillo, Esq.

/S/
_____
Michael D. Schwartz
Attorneys for Devon Christopher Wenger

2

STIPULATION BY THE PARTIES: TESTIMONY OF MUSTAFFA ISSA