UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL TRIAL MINUTES

**DATE**: September 15, 2025

**JUDGE**: JEFFREY S. WHITE

**TIME IN COURT**:
6 Hours, 30 Minutes

**COURTROOM DEPUTY**: Nicole Hall

**COURT REPORTER**: Lee-Anne Shortridge

**CASE NO.**: 23-cr-00269-JSW-3

**TITLE**: United States of America v. Devon Christopher Wenger (NC)

**PLAINTIFF COUNSEL**:
Alethea Sargent
Alexandra Shepard

**DEFENSE COUNSEL**:
Michael Schwartz
Kacey Castillo

**PROCEEDINGS**: Jury Trial – HELD.
Further Jury Trial set for 9/16/2025 at 7:00 a.m. for counsel and 8:00 a.m. for jury.

The Court sets a briefing schedule surrounding the filing of a Rule 29 Motion.
Simultaneous briefs are due by 7:00PM, on Monday, September 15, 2025.
The Court will hear oral argument on Tuesday, September 16, 2025, at 7:00AM.

If the Court defers ruling or denies the Motion, testimony will resume as scheduled on Tuesday, September 16, 2025.

The Court schedules a Charging Conference on Tuesday, September 16, 2025, at 3:00PM.

(SEE ATTACHED TRIAL LOG)