UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL TRIAL MINUTES

**DATE**: September 16, 2025

**JUDGE**: JEFFREY S. WHITE

**TIME IN COURT**: 2 Hours, 37 Minutes

**COURTROOM DEPUTY**: Nicole Hall

**COURT REPORTER**: Lee-Anne Shortridge

**CASE NO.**: 23-cr-00269-JSW-3

**TITLE**: United States of America v. Devon Christopher Wenger (NC)

**PLAINTIFF COUNSEL**:
Alethea Sargent
Alexandra Shepard

**DEFENSE COUNSEL**:
Michael Schwartz
Kacey Castillo

**PROCEEDINGS**: Jury Trial – HELD.
Further Jury Trial set for 9/17/2025 at 7:30 a.m. for counsel and 8:00 a.m. for jury.

The Court GRANTS IN PART the Rule 29 Motion, as to the 242 Count.
The Court defers ruling on the Rule 29 Motion, as to the 241 Count, until after the Verdict is returned.

Court dismisses Count 8, as stated on the record.

(SEE ATTACHED TRIAL LOG)