UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: JEFFREY S. WHITE | | | GOVERNMENT COUNSEL: Alethea Sargent and Alexandra Shepard | DEFENSE COUNSEL: Michael Schwartz and Kacey Castillo | |
|---|---|---|---|---|---|
| TRIAL DATE: 9/16/2025 | | | REPORTER(S): Lee-Anne Shortridge | CLERK: Nicole Hall | |
| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION | |
| | 7:17 AM | | | Court and Counsel is present outside the presence of the Jurors to hear oral argument on the Rule 29 Motion. Ruling on Motion is reserved until after the Verdict has returned. | |
| | 7:58 AM | | | Court dismisses Count 8, as stated on the record. | |
| | 8:01 AM | | | Court takes a break. | |
| | 8:11 AM | | | Court is back in session. Court and Counsel discusses housekeeping matters outside the presence of the jury. | |
| | 8:17 AM | | | Jurors entered the courtroom; Court admonished the Jurors. | |
| | 8:19 AM | | | Defense Counsel Schwartz reads a stipulation into the record. | |
| | 8:20 AM | | | Defense calls Erik Nilsen, who is sworn and testifies under direct examination, by Castillo. | |
| | 9:28 AM | | | Court takes a break. | |
| | | | | Exhibit 651 previously marked and admitted. | |
| | 10:00 AM | | | Cross examination by AUSA Sargent. | |
| | 10:30 AM | | | Court takes a break. | |
| | 10:45 AM | | | Court is back in session with the parties to review the Final Jury Instructions. | |
| | 10:47 AM | | | Jurors enter the courtroom; Court instructs the jury. | |
| | 11:05 AM | | | Final Jury Instructions are provided. | |
| | 11:15 AM | | | Jurors are admonished and excused for the day. | |
| | 11:18 AM | | | Court is adjourned. | |