UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER RE: DIRECTORY AND EXHIBITS** |

As previously ordered in the pretrial conference, the Court HEREBY ORDERS the parties to prepare and submit two USB drives with all admitted exhibits to go to the jury. The parties shall make all electronic exhibits searchable to the extent possible. The Court FURTHER ORDERS the parties to prepare and submit an exhibit directory which sets forth the exhibit number and brief descriptive name of the admitted exhibits.

The parties shall submit the USB drives and directory by 7:30 a.m. on September 17, 2025 to the Court through its Courtroom Deputy.

**IT IS SO ORDERED.**

Dated: September 16, 2025

JEFFREY S. WHITE
United States District Judge