UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 9/17/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 7:50 AM | | | Court and Counsel is present outside the presence of the jurors to discuss housekeeping matters. |
| | 7:55 AM | | | Court takes a break. |
| | 7:57 AM | | | Court is back in session. |
| | 8:06 AM | | | Jurors enter the courtroom. Court is in session. |
| | 8:09 AM | | | Court reads the jury the Final Jury instruction. |
| | 8:14 AM | | | AUSA Sargent begins closing argument. |
| | 9:07 AM | | | AUSA Sargent concludes closing argument; Cout takes a break. |
| | 9:26 AM | | | Court is back in session outside the presence of the jurors to discuss housekeeping matters. |
| | 9:41 AM | | | Jurors enter the courtroom. |
| | 9:42 AM | | | Court gives an additional instruction to the jury. |
| | 9:45 AM | | | Defense counsel Schwartz begins closing argument. |
| | 10:57 AM | | | Defense Counsel Schwartz concludes closing argument. Court takes a break. |
| | 10:59 AM | | | Court and Counsel discuss housekeeping matters outside the presence of the jury. |
| | 11:00 AM | | | Court takes a break. |
| | 11:23 AM | | | Court is back in session. |
| | 11:26 AM | | | Jury enters the courtroom. |
| | 11:27 AM | | | AUSA Sargent begins rebuttal closing argument. |
| | 11:43 AM | | | AUSA Sargent concludes rebuttal closing argument. |
| | 11:53 AM | | | Alternate jurors are released on standby. |

**CASE NO.:** 23-cr-00269-JSW-3
**TITLE:** United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 11:57 AM | | | Jury is excused to begin deliberation. |
| | 12:00 PM | | | Marshall is sworn. |
| | 1:30 PM | | | Jury Note # 1 is returned from the jury. |
| | 1:48 PM | | | Court is in session. Court and Counsel discuss jury note #1. |
| | 1:50 PM | | | Jury enters the courtroom to review Exhibit 32, in open court. |
| | 1:52 PM | | | Jury return to resume deliberation. |
| | 3:12 PM | | | Jury Note # 2 is returned from the jury. |
| | 3:30 PM | | | Court is adjourned until 9/18/2025 at 8:00AM. |