UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|---|
| JEFFREY S. WHITE | | Alethea Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| 9/18/2025 | | Lee-Anne Shortridge | Nicole Hall |
| **JOINT EXHIBIT #** | **TIME** | **ID** | **ADM** | **DESCRIPTION** |
| | 8:00 AM | | | All jurors present; jury deliberation continues. |
| | 8:05 AM | | | Court receives Jury Note # 3. |
| | 9:08 AM | | | Court is in session. All Counsel are present. The parties discuss Jury Note #3, outside the presence of the jury. |
| | 9:24 AM | | | Court is back in session with all jurors present. The Court responds to the jury's note by providing an additional jury instructions. |
| | 9:27 AM | | | Jurors return to resume deliberation. |
| | 10:41 AM | | | Jury Note # 4 is returned informing the Court a verdict is reached. |
| | 11:05 AM | | | Court is back in session. |
| | 11:07 AM | | | Jurors enter the courtroom. |
| | 11:09 AM | | | The verdict is read in open court. The jury is polled. |
| | 11:14 AM | | | Jurors are released from the admonitions, thanked and excused. |
| | 11:14 AM | | | AUSA moves for detention. Defense Counsel raises an oral objection. |
| | 11:15 AM | | | The defendant, Devon Wegner, is ordered to self surrender to the US Marshall on 9/19/2025, at 9:00 am. |
| | 11:16 AM | | | Sentencing set for 12/2/2025 at 1:00 p.m. The defendant is referred to probation to conduct a presentence investigation. |
| | 11:18 AM | | | Court is adjourned. |