UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JEFFREY S. WHITE

Case No. 23-cr-00269-JSW-3

CASE NAME: USA v. Wenger

## NOTE FROM THE JURY

**FILED**
SEP 18 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Note No. _____

Date  18 SEP 2025

Time  10:41 AM

1. The Jury has reached a unanimous verdict (X)

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JEFFREY S. WHITE

Case No. 23-cr-00269-JSW-3

CASE NAME: USA v. Wenger

## NOTE FROM THE JURY

Note No. 2

Date Sep 18, 2025

Time 8:05

**FILED**

SEP 18 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Regarding "Third - The defendant had reason to believe that whatever benefits the defendant might get from the conspiracy were probably dependent upon the "success" of the entire venture."

_____
Foreperson of the Jury

What does "success of the entire venture" mean? An interpretation of this is that the "entire venture" is a continuous violation of civil rights. Is this an appropriate interpretation?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JEFFREY S. WHITE              Case No. 23-cr-00269-JSW-3

CASE NAME: USA v. Wenger

NOTE FROM THE JURY

Note No. __2__

Date __17 SEPT 2025__

Time __3:12 pm__

**FILED**

SEP 17 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ( )

   or

(2.) The Jury has the following question:

We will stay until 4pm today and we'll return 8am tomorrow. Should we put in lunch order now? (FORMS?)

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JEFFREY S. WHITE

Case No. 23-cr-00269-JSW-3

CASE NAME: USA v. Wenger

## NOTE FROM THE JURY

Note No. 1

Date Sep 17, 2025

Time 1:30

**FILED**

SEP 17 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ( )

   or

(2.) The Jury has the following question:

Can we see / touch the Blue tip munition?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>JEFFREY S. WHITE</u>          Case No. <u>23-cr-00269-JSW-3</u>

CASE NAME: <u>USA v. Wenger</u>

NOTE FROM THE JURY

Note No. _____

Date <u>SEP 11 2025</u>

Time <u>8:00 AM</u>

**FILED**

SEP 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1.  The Jury has reached a unanimous verdict ( )

    or

2.  The Jury has the following question:

CLARIFYING, COMING TO JURY DUTY IS PROVIDING ME WITH A FINANCIAL HARDSHIP AS I AM LOSING ON 2 WEEKS OF PAY. MY EMPLOYER HAS EMAILED ME A LETTER REQUESTING MY RETURN ADDRESSED TO JUDGE WHITE'S TEAM. MY JOB IS NOT AT RISK OF ME LOSING MY POSITION. I JUST DON'T GET PAID AT WORK FOR JURY DUTY & THE DAILY STIPEND IS NOT ENOUGH

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JEFFREY S. WHITE                     Case No. 23-cr-00269-JSW-3

CASE NAME: USA v. Wenger

NOTE FROM THE JURY

Note No. _____

Date  Sep 10 2025

Time  0800

**FILED**

SEP 10 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Coming to jury duty has compromised my income, and my employer has expressed the need of my return to work as I am the sole operations manager. Could I be excused from my duties?

CESAR J. LARA R.
Foreperson of the Jury