UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case Nos.  23-cr-00268-JSW-2; 23-cr-00269-JSW-3<br><br>**ORDER RE: CONSOLIDATING CASES FOR SENTENCING** |

The Court set sentencing in the -269 matter for December 2, 2025, at 1:00 p.m., and ordered the Probation Office to prepare a presentence report.

The Court suggests that the -269 and -268 matters be consolidated for sentencing purposes. The parties shall file a statement by September 23, 2025 stating whether they object to consolidation.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____
JEFFREY S. WHITE
United States District Judge