UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 23-cr-00268-JSW-2; 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING PROCEEDINGS FOR SENTENCING; SETTING SENTENCING HEARING** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

Following Defendant Devon Wenger's conviction in 23-cr-00269-JSW-3, the Court set a sentencing hearing for December 2, 2025, at 1:00 p.m. and ordered the Probation Office to prepare a Presentence Report. The Court thereafter asked the parties if they would object to consolidating 23-cr-00268-JSW-2 and 23-cr-00269-JSW-3 for purposes of sentencing. The parties do not object.

The Court CONSOLIDATES the actions for purposes of sentencing. Defendant shall appear on December 2, 2025, at 1:00 p.m. for a consolidated sentencing hearing in 23-cr-00268-JSW-2 and 23-cr-00269-JSW-3. The Probation Office shall prepare a single joint Presentence Report which applies to both cases.

Counsel for Defendant in 23-cr-268 may file any objections to the sentencing date by November 7, 2025.

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
JEFFREY S. WHITE
United States District Judge

CC: Probation Office