UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER RE-SETTING HEARING DATE ON SECOND MOTION FOR JUDGMENT OF AQUITTAL**<br><br>Dkt. Nos. 610, 612 |

Defendant has filed a re-notice of his second motion for judgment of acquittal and provides two dates on which he is available for a hearing. The Court is not available on either November 11, 2025 (a federal holiday) or November 18, 2025.

Accordingly, the Court SCHEDULES the hearing for its next available date, which is November 25, 2025 at 1:00 p.m. If that date is not available for the parties, the Court is available on December 2, 2025. Thereafter, its first available date for a hearing is January 6, 2026.

Pursuant to the Court's Criminal Standing Order ¶ 4, the Government's opposition brief shall be due by October 15, 2025, and Defendant's reply shall be due by October 22, 2025.

**IT IS SO ORDERED**.

Dated: October 2, 2025

JEFFREY S. WHITE
United States District Judge