UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>vs.<br><br>MORTEZA AMIRI,<br><br>Appellant. | U.S.C.A.#: 25-4291 & 25-4409<br>U.S.D.C.#: CR-23-00269-JSW &<br>CR-23-00264-JSW<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant, replacing Timothy P. Crudo.

> Vicki Marolt Buchanan
> 19201 Sonoma Highway, #243
> Sonoma, CA 95476-5413
> (707)343-1907
> vickimaroltbuchananpc@gmail.com

_____
Appointing Judge: Hon. Judge Jeffrey S. White

November 24, 2025                              11/21/2025
_____                          _____
Date of Order                                      Nunc Pro Tunc Date