Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard,
Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

Yitzy Frankel, Esq. [SBN 364414]

*Attorneys for Defendant.*
DEVON WENGER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:4:23-CR-00269-003-JSW |
| Plaintiff, | **NOTICE OF ADDITIONAL AUTHORITIES REGARDING RESTITUTION** |
| v. | |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

**NOTICE OF ADDITIONAL AUTHORITIES REGARDING RESTITUTION**

Pursuant to the Court's Order dated January 26, 2026 (Dkt. No. 669), Defendant Devon Christopher Wenger, through counsel, respectfully submits this notice of additional authorities in support of his position on restitution. Defendant does not file a written response to the Court's questions, as directed, but provides the following citations for the Court's consideration at the January 27, 2026 hearing. These authorities are drawn from recent research and Ninth Circuit precedent

relevant to the applicability of 18 U.S.C. §§ 3663 and 3663A and the recoverability of the claimed tuition expenses.

**Authorities Relevant to Question 2: Applicability of 18 U.S.C. § 3663 (VWPA) or § 3663A (MVRA)**

1. **United States v. Cowden**, 882 F.3d 464 (4th Cir. 2018) While substantive § 242 convictions involving excessive force may qualify as crimes of violence (triggering MVRA), this case underscores that the inquiry turns on the specific offense of conviction. Here, there was no § 242 count conviction for the October 2019 incident. The underlying conviction for the conspiracy is not a crime of violence and therefore does not trigger the MVRA.

2. **United States v. Goodrich**, 12 F.4th 219 (2d Cir. 2021) Even where MVRA does not apply, restitution may be ordered under VWPA based on conduct during a conspiracy, but the court must examine the defendant's specific criminal conduct and ensure a direct nexus.

**Authorities Relevant to Question 3: Recoverability of Tuition Expenses**

1. **United States v. Cienfuegos,** 462 F.3d 1160, 1166-68 (9th Cir. 2006) "Lost income" under § 3663A(b)(2)(C) can include projected future earnings if proven by a preponderance, but must be direct and not speculative. Tuition debts are too attenuated and unproven as "lost income" here.

Defendant reserves the right to address these authorities orally at the hearing and will respond to any post-deadline authorities as permitted.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, a copy of the foregoing was served via ECF on all counsel of record.

Respectfully submitted,

**/s/**_____
Michael D. Schwartz, Esq.
State Bar Number: 166556
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

Yitzy Frankel, Esq.
State Bar Number: 364414

*Attorneys for Defendant,*
Devon Wenger

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026 a copy of the foregoing was served via email on all counsel of record.

/s/ Michael Schwartz

**PROOF OF SERVICE**

I am employed in the City of Los Angeles, State of California. I am over 18 years of age and not a party to this action. My business address is 3580 Wilshire Boulevard, Suite 1280, Los Angeles, CA 90010.

On the date below I served a true copy of the following document(s): **NOTICE AND MOTION FOR REDUCTION OF BAIL; MEMORANDUM OF POINTS AND AUTHORITIES**, on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| ☐ | **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Michael Schwartz Firm., for delivery by an overnight delivery service to the address(es) shown below. |
| ☐ | **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number _____ to the attorney(s) or party(ies) shown below. |
| ☐ | **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of First Legal for guaranteed, same-day delivery to the address(es) shown below. |
| ☐ | **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below |
| X | **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 26, 2026          /S/ Michael Schwartz
                                 Michael Schwartz

**SERVICE LIST**

THE MICHAEL SCHWARTZ FIRM

THE MICHAEL SCHWARTZ
FIRM