# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**DATE**: January 27, 2026                              **TIME IN COURT**: 14 Minutes.

**JUDGE**:  JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall              **COURT REPORTER**: Summer Fisher
                                                                                Appearing by Zoom.gov.

**CASE NO.**:  23-cr-00268-JSW-2
                      23-cr-00269-JSW-3

**TITLE**:  United States of America          v.      Devon Christopher Wenger
                                                                ☐ **Present**   ☒ **Not Present**   ☒ **In-Custody**

**U.S. ATTORNEY**:                              **DEFENSE COUNSEL**:
Eric Cheng (23-268 and 23-269)                  Dena Young (23-268)
                                                      Micheal Schwartz and Yitzy Frankel (23-269)

### PROCEEDINGS

**REASON FOR HEARING**: Restitution Hearing.

**RESULT OF HEARING**:  Restitution Hearing – Taken Under Submission.

The parties stipulated on the record that the issue of Restitution is not an issue in Case No. 23-cr-00268-JSW-2.

The matter of Restitution in Case No. 23-cr-00269-JSW-3, is argued, submitted, and is taken under submission.