ETHAN A. BALOGH, No. 172224
BALOGH & CO., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@balcolaw.com

Attorneys for Defendant/Appellant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/ Appellee,<br><br>v.<br><br>DEVON WENGER,<br><br>Defendant/ Appellant. | Case No. 23 Cr. 269 JSW<br>USCA No. 25-7704<br><br>MOTION FOR NEW TRIAL AND INDICATIVE RULING<br><br>Date:  September 8, 2026<br>Time: 1:00 p.m.<br><br>Before the Hon. Jeffrey S. White<br>Senior United States District Judge |

PLEASE TAKE NOTICE THAT on September 8, 2026 at 1:00 p.m., before the Honorable Jeffrey S. White, United States Senior District Judge, defendant Devon Wenger, by and through counsel, will move for a new trial pursuant to Fed. R. Crim. P. 33, and all other applicable statutory and case law.  He further moves for the issuance of an indicative ruling pursuant to Fed. R. Crim. P. 37 in support of a limited remand to address his motion.

Mr. Wenger bases his motion on newly discovered evidence and is thus timely.  *See* Fed. R. Crim. P. 33(b)(1).  The newly discovered evidence was presented to this Court on March 12, 2026, and may be found at ECF 692-1,[1] which has now been sealed from the public.  *See* ECF 696.  Mr. Wenger further bases his motion on this Notice of Motion, the Memorandum of Points and Authorities and Declaration of Ethan A. Balogh filed provisionally under seal on July 31, 2026, the record of this case, and such further arguments and memoranda as may later be presented.

As noted, Mr. Wenger filed on July 31, 2026 a motion to seal provisionally the memorandum supporting his motion of new trial based on its discussion of the contents of sealed materials (he submitted a redacted version of his memorandum), and to return defendant Eric Rombough's publicly filed sentencing memorandum to the record.  *See* ECF 692.

DATED:  August 3, 2026

BALOGH & CO., APC

*/s/  E A Balogh*
BY: ETHAN A. BALOGH
100 Pine Street, Suite 1250
San Francisco, CA 94111

Attorneys for Defendant
DEVON WENGER

---

[1] ECF 692-1 is "A comprehensive psychiatric evaluation . . . performed by Vladimir Bokarius, M.D., Ph.D., QME, on March 11, 2024, following an in-person clinical interview and extensive psychological testing."  ECF 692 at 6:9-14 (Rombough Sentencing Memorandum).

1