United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC ROMBOUGH and DEVON WENGER,

Defendant.

Case No. 23-cr-00269-JSW-2, 3

**ORDER CONDITIONALLY GRANTING AND ORDER TO SHOW CAUSE RE MOTIONS TO SEAL IN CASE 23-CR-269-2**

Re: Dkt. Nos. 726, 734, 735

Defendant Devon Wenger filed a motion for an indicative ruling and for a new trial based on a report prepared by Vladimir Bokarius, M.D., Ph.D., QME for co-defendant Eric Rombough in March 2024. Rombough filed a motion to seal Dr. Bokarius' report but did not move to seal his sentencing memorandum, which discusses the report. When the Court issued the Order granting the motion to seal, Rombough's sentencing memorandum and other exhibits were sealed in addition to the Report. The Court ORDERS that Docket Nos. 692-2 through 692-4 shall be unsealed because those documents do not contain sealable information.

The Court ORDERS Rombough to show cause why his sentencing memorandum (Docket No. 692) should not be unsealed, in whole or in part. Rombough shall file a response to this Order by no later than September 22, 2026.

The Court conditionally grants the motions to seal in case 23-cr-269-3 (Docket Nos. 726, 734, and 735) and will revisit those rulings as necessary after considering Rombough's response to

this Order to Show Cause.

**IT IS SO ORDERED**.

Dated: September 8, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California