UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON WENGER,<br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER REGARDING OBJECTIONS TO ECF 740**<br><br>Re: Dkt. No. 741 |

The Court has received and considered Defendant's objection to the Court's Order at Docket No. 740 and will not revisit that ruling.

**IT IS SO ORDERED**.

Dated: November 2, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California